IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAR 18  PM 5: 11

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:26CR39 |
| vs. | INDICTMENT |
| CRESENCIO LORENZO-GARCIA, | 8 U.S.C. §§ 1326(a) & (b)(2) |
| Defendant. | |

The Grand Jury charges that

<u>COUNT ONE</u>

On or about March 14, 2026, in the District of Nebraska, the defendant, CRESENCIO LORENZO-GARCIA, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, CRESENCIO LORENZO-GARCIA, was excluded, deported, and removed from the United States after being convicted of an aggravated felony to wit: possession for sale of a controlled substance, to wit: heroin, in the Los Angeles County, California, Superior Court, on January 12, 1999, and was subsequently removed on or about June 16, 2000.

In violation of Title 8, United States Code, Sections 1326(a) & (b)(2).

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
KIMBERLY C. BUNJER
Assistant U.S. Attorney

2